## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KIM DURHAM                                                                                          PLAINTIFF

v.                                              No. 4:12CV00716 JLH

PIZZA HUT                                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 4th day of December, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE